IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

<u>Charles E. Widner</u>  )
Full name and prison number )
of plaintiff(s) AIS# 221425 )
 )
v. )   CIVIL ACTION NO. 2:07CV489-WKW
 )   (To be supplied by Clerk of
<u>Prison Health Services, Inc.</u> )   U.S. District Court)
 )
<u>Alabama Department of Corrections</u> )
 )
<u>Dr. Darbouze, PHS</u> )
 )
<u>WARDEN Davenport</u> )
 )
<u>Easterling Correctional Facility</u> )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below. (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _____

_Easterling Correctional Facility - ADOC - Clio, Alabama_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____

_Easterling Correctional Facility_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

**NAME** **ADDRESS**

1. Prison Health Services, Inc. 105 Westpark Drive Suite 200, Brentwood TN, 37027
2. Alabama Department of Corrections 301 S. Ripley St. Montgomery, Al 36104
3. Dr. Darbouze Easterling Correctional Facility 200 Wallace Dr. Clio, Al 30167
4. Warden Davenport Easterling Correctional Facility 200 Wallace Dr. Clio, Al 36017
5. Easterling Correctional Facility 200 Wallace Drive, Clio, AL 36017
6. Paul Allen Prison Commissioner Alabama Department of Corrections, Montgomery, Al 36104

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _____

_October, 2006_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Medical Indifference,_

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.** (State as best you can the time, place and manner and person involved.)

October 2006, I requested to see the doctor for an ongoing throat problem which had been presisting for several weeks. Dr. Darbouze could see nothing medicaly wrong with his examination and referred me to a throat specialist in Montgomery Alabama. Throat specialist reffered me for a CAT scan.

**GROUND TWO:** Lack of Medical Courtesy and Treatment.

**SUPPORTING FACTS:** After the specialist recommended a CAT scan to check for more serious complications regarding my throat symptoms, Dr. Darbouze declined to send me for the recommended CAT scan and sent me out of his office with a negative attitude.

**GROUND THREE:** Repeated Indifference and Medical Falice.

**SUPPORTING FACTS:** After several more attempts for sick call and concerns for throat cancer, Dr. Darbouze has not complied with the recommendation of the throat specialist and sent me for a CAT scan; which puts the complaintent at grave and severe medical risk.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

To force this institution and medical staff to comply with the specialist recommendation.

*Charles Widner*
Signature of plaintiff(s)

I declare, under penalty of perjury that the foregoing is true and correct.

EXECUTED on 5-29-07
(Date)

*Charles E Widner*
Signature of plaintiff(s)

4

Charles Widner 224425-F-1-47-A
E.C.F. 200 Wallace Dr.
Elio ala. 36017

MONTGOMERY AL 361
01 JUN 2007 PM 4 L

United States District Court
Middle District of Alabama
Montgomery ala. 36104