IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST
TO PROCEED IN FORMA PAUPERIS

Charles E. Widner AIS# 221425
Plaintiff(s)

2:07CV489-WKW

vs.

(Prison Health Services, Inc.), (Alabama Department of Corrections), (Dr. Darbouze, PHS), (Warden Davenport),
Defendant(s) (Easterling Correctional Facility), (Paul Allen, Prison Commissioner ADOC).

        I, Charles E. Widner                    , being first duly sworn, depose
and say that I am the plaintiff in the above entitled case; that in support
of my motion to proceed without being required to prepay fees, costs or give
security therefor, I state that because of my poverty I am unable to pay the
costs of said proceeding or to give security therefor; that I believe I am
entitled to relief. I recognize that I may be prosecuted for any false statement
which I may make herein.
        I further swear that the responses which I have made to questions and
instructions below are true.

1.  Are you presently employed?     YES ( )  NO (✓)

    A.  If the answer is YES, state the amount of your salary or wages per
        month, and give the name and address of your employer.

        _____

        _____

    B.  If the answer is NO, state the date of last employment and the amount
        of salary and wages per month which you received.
        2005 - 12 hr
        _____

2.  Have you received within the past twelve months any money from any of
    the following sources?

    A.  Business, profession or form of self-employment? YES ( )  NO (✓)

    B.  Rent payments, interest or dividends? YES ( )  NO (✓)

    C.  Pensions, annuities or life insurance payments? YES ( )  NO (✓)

    D.  Gifts or inheritances? YES ( )  NO (✓)

    E.  Any other sources? YES ( )  NO (✓)

    If the answer to any of the above is YES, describe each source of money
    and state the amount received from each during the past twelve months.

    _____

    _____

    _____

3.  Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts.]    YES ( )    NO ( ✓ )

If the answer is YES, state the total value of the items owned.

_____

_____

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]? YES ( )    NO ( ✓ )

If the answer is YES, describe the property and state its approximate value.

_____

_____

5.  List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support._____

_____

_____

_____

*Charles E. Widner*
Signature of Affiant

STATE OF ALABAMA      )
COUNTY OF_____)

Before me, a notary public in and for said County, in said State,

personally appeared *Charles E. Widner*_____, whose name is signed

to the foregoing complaint, who being first duly sworn, deposes on oath and

says:

That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

*Charles E. Widner*
Signature of Affiant

Sworn to and subscribed before me this _____ day of _____, 19__.

_____
Notary Public

_____County, Alabama

O R

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _J - 30 - 07_____.
                    (date)

_Charles E Whidner_
Signature of Affiant

## CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ _•20_ on account to his credit at the _EASTERLING_ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_See Attached_

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.

1. $_____ on the 1st day of _____
2. $_____ on the 1st day of _____
3. $_____ on the 1st day of _____
4. $_____ on the 1st day of _____
5. $_____ on the 1st day of _____
6. $_____ on the 1st day of _____

_Ms Faulk, Acc7 Clerk_
Authorized Officer of Institution

DATE _MAY 30, 2007_

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
EASTERLING CORR FACILITY

AIS #: 221425      NAME: WIDNER, CHARLES EDWIN          AS OF: 05/30/2007

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|-------|-----------|-------------------|------------------|
| MAY   | 1         | $0.00             | $0.00            |
| JUN   | 30        | $0.00             | $0.00            |
| JUL   | 31        | $0.00             | $0.00            |
| AUG   | 31        | $0.00             | $0.00            |
| SEP   | 30        | $0.00             | $0.00            |
| OCT   | 31        | $0.00             | $0.00            |
| NOV   | 30        | $23.92            | $158.02          |
| DEC   | 31        | $3.48             | $50.00           |
| JAN   | 31        | $6.35             | $80.00           |
| FEB   | 28        | $8.34             | $45.00           |
| MAR   | 31        | $7.79             | $130.00          |
| APR   | 30        | $2.59             | $55.00           |
| MAY   | 30        | $4.03             | $80.00           |