IN THE  UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

CHARLES E. WIDNER, #221 425          *

    Plaintiff,                              *

      v.                                   *          2:07-CV-489-WKW

PRISON HEALTH SERVICES, *et al*.,     *

    Defendants.                            *

_____

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before July 19, 2007 Plaintiff shall show cause why this case

should not be dismissed for his failure to pay the initial partial filing fee in compliance with

the order entered on June 6, 2007.  ( Doc. No. 3.)  In filing his response, Plaintiff shall advise

the court of whether he authorized prison officials to withdraw funds from his prison account

for payment of the initial partial filing fee, whether he has simply chosen not to submit the

filing fee, or whether he is unable to comply at this time with the order directing payment of

an initial partial filing fee.  If Plaintiff does not wish to continue with this cause of action, he

shall so advise the court and file a motion to dismiss.

Plaintiff is cautioned that his failure to file a response to this order will result in a

Recommendation that this case be dismissed.

Done, this 10th day of July 2007.

                             /s/ Terry F. Moorer

                             TERRY F. MOORER

                             UNITED STATES MAGISTRATE JUDGE