IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA NORTHERN
DIVISION

CHARLES WIDNER, #221425
        Plaintiff,

v.                                          CASE NO: 2:07-CV-489-WKW

PRISON HEALTH SERVICES, et al.,


## MOTION TO DISMISS

COMES NOW, by and through, the Plaintiff, Charles Widner, Pro Se, ask this Honorable Court to dismiss the Plaintiffs complaint in the above-styled Cause and case for the reasons avers;

1. The Plaintiff withdrawls any and all complaints against Prison Health Services, et al., at this time for undisclosed personal matters.


Respectfully Submitted,
Charles Widner
Charles Widner, # 221425

Charles Widner 224485-F-1-47-A
C.F. 200 Wallace Dr.
Elio qq. 36017

MONTGOMERY AL 361
12 JUL 2007 PM 1 T

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery Alabama
36101-0711