IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

CHARLES E. WIDNER, #221 425      *

    Plaintiff,      *

      v.      *      2:07-CV-489-WKW

PRISON HEALTH SERVICES, *et al.*,   *

    Defendants.      *

_____

**ORDER**

It is

ORDERED that Recommendation of the Magistrate Judge entered July 16, 2007 (Doc. No. 6) be and is hereby VACATED.

Done, this 16th day of July 2007.

            /s/ Terry F. Moorer
           TERRY F. MOORER
           UNITED STATES MAGISTRATE JUDGE