IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

_____

CHARLES. E. WIDNER, # 221425

   Petitioner,

V.                                           CASE NO: 2:07-CV-489-WKW

UNITED STATES DISTRICT COURT

   MIDDLE DISTRICT OF ALABAMA

      NORTHERN DIVISON

        Respondent,

_____

## MOTION FOR INJUNCTIVE RELIEF

   COMES NOW, by and through, The Petitioner, Charles E. Widner, Pro Se, and asks this Honorable Court to grant an <u>Injunctive Relief</u> from a Court Ordered Withholding.

   The Petitioner avers as follows:

1. The Petitioner never signed a leave of in forma pauperis., (Doc 2) 28 U.S.C. § 1915.

2. The Petitioner never informed the (Easterling Correctional Facility) business office of his intent to pay the Court withholding Filing Fee, which is required under Statue 28 U.S.C. § 1915(b)(1)(A).

3. The Petitioner originally Filed an Hardship Affidivat with this Court, showing an indignics Status. 26 U.S.C. 1967(1)(b).

Therefore; The Petitioner prays that this Honorable Court will grant his motion for injunctive relief in the form of a release of responsability of the Court Ordered withholding, and ask that all monies withheld be replaced into the Petitioner PMOD account.

Respectfully Submitted,
Charles Widner
Charles E. Widner, #221425

Charles Widner 221425-F-1-47-A
E.C.F. 200 Wallace Dr.
Clio alabama 36017

MONTGOMERY AL 361
30 JUL 2007 PM 3 T

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery alabama
36101-0711