IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

CHARLES E. WIDNER, #221 425         *

    Plaintiff,                                      *

      v.                                              *          2:07-CV-489-WKW

PRISON HEALTH SERVICES, *et al.*,    *

    Defendants.                                 *

_____

**ORDER ON MOTION**

On July 31, 2007 Plaintiff filed a pleading wherein he states that he never signed a leave of *in forma pauperis*, he never informed the business office at the Easterling Correctional Facility of his intent to pay the filing fee required under 28 U.S.C. § 1915(b)(1)(A), and that he originally filed a hardship affidavit reflecting his indigency status.[1] The court construes Plaintiff's request as a Motion for Reconsideration of the court's June 6, 2007 order which directs payment of the civil filing fee from monies available in Plaintiff's prison account until the $350.00 filing fee is paid in full. (*See* Doc. No. 3.)

Plaintiff's motion for reconsideration of the court's order directing payment of the filing fee shall be denied. This court must, under the provisions of 28 U.S.C. § 1915(b)(1),

---

[1] The pleadings before the court reflect that on June 4, 2007 Plaintiff submitted a signed affidavit in support of a request for leave to proceed *in forma pauperis* in this action and attached thereto an inmate account statement reflecting the average monthly balances in and deposits to his account for the six months period immediately preceding the filing of the instant complaint. (*See* Doc. No. 2.)

"assess and, when funds exist, collect" the $350.00 filing fee from monies available to Plaintiff, when the amount in Plaintiff's account exceeds $10.00. The court may not waive or temporarily exempt Plaintiff from compliance with the statutory provisions regarding payment of filing fees. Dismissal of the case for any reason still obligates Plaintiff to pay the filing fee.

Accordingly, it is

ORDERED that Plaintiff's July 31, 2007 pleading, construed as a Motion for Reconsideration of the Court's June 6, 2007 Order (Doc. No. 9), be and is hereby DENIED.

Done, this 1st day of August 2007.

      /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE