```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000310
Cashier ID: cstrecke
Transaction Date: 09/05/2007
Payer Name: EASTERLING CORR FACILITY
----------------------------------------
PLRA CIVIL FILING FEE
 For: CHARLES EDWIN WIDNER
 Case/Party: D-ALM-2-07-CV-000489-001
 Amount:        $3.00
----------------------------------------
CHECK
 Remitter: EASTERLING CORRECTIONAL FAC
 Check/Money Order Num: 2865
 Amt Tendered:   $3.00
----------------------------------------
Total Due:      $3.00
Total Tendered: $3.00
Change Amt:     $0.00
```

DALM207CV000489-W

CHARLES EDWIN WIDNER

EASTERLING CORRECTIONAL FAC

200 WALLACE DRIVE
CLIO, AL  36017