```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000614
Cashier ID: khaynes
Transaction Date: 10/02/2007
Payer Name: EASTERLING CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: CHARLES EDWIN WIDNER
 Case/Party: D-ALM-2-07-CV-000489-001
 Amount:         $3.00
------------------------------------
CHECK
 Check/Money Order Num: 2927
 Amt Tendered: $3.00
------------------------------------
Total Due:      $3.00
Total Tendered: $3.00
Change Amt:     $0.00
```