DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001051
Cashier ID: brobinso
Transaction Date: 11/05/2007
Payer Name: EASTERLING CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: CHARLES EDWIN WIDNER
 Case/Party: D-ALM-2-07-CV-000489-001
 Amount:         $10.00
------------------------------------
CHECK
 Check/Money Order Num: 3006
 Amt Tendered: $10.00
------------------------------------
 Total Due:      $10.00
 Total Tendered: $10.00
 Change Amt:     $0.00