```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005938
Cashier ID: khaynes
Transaction Date: 07/31/2008
Payer Name: KILBY CORRECTIONAL FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: CHARLES WIDNER
 Case/Party: D-ALM-2-07-CV-000489-001
 Amount:         $20.00
------------------------------------
CHECK
 Check/Money Order Num: 9683
 Amt Tendered:  $20.00
------------------------------------
Total Due:      $20.00
Total Tendered: $20.00
Change Amt:     $0.00
```